NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
Charles J. Manley,              :
                                :
    *Pro Se* Plaintiff,          :
                                :   Civil Action No. 02-2504 (DRD)
v.                              :
                                :   **OPINION**
Joseph Maran, et al.            :
                                :
    Defendants.                :
_____:

Appearances by:

Charles J. Manley
P.O. Box 154
Reamstown, PA 17567

    *Pro Se* Plaintiff

David M. Kupfer, Esq.
Elizabeth H. Rohan, Esq.
O'Brien, Liotta, Mandel & Kupfer, LLP
Liberty Hall Corporate Center
1085 Morris Avenue
PO Box 3180
Union, NJ 07083-1980

    Attorneys for Defendant/Cross Defendant Joseph Maran, Esq.

Joseph A. Venuti, Jr., Esq.
Swartz Campbell, LLC
1300 Route 73
Bloom Court - Suite 101
Mt. Laurel, NJ 08054

    Attorney for Defendants/Cross Claimants Jerome Taylor, Esq., Marc Antony Arrigo, Esq., and Steven Neil White, Esq.

Daniel M. Replogle, III, Esq.
Dubois, Sheehan, Hamilton, & Levin
511 Cooper Street
Camden, NJ 08102

>Attorney for Defendants/Cross Defendants David M. Weissman, Esq. and Michael A. Foresta, Esq.

Gerald J. Dugan, Esq.
Dugan, Brinkmann, Maginnis & Pace, Esqs.
33 South Main Street
Mullica Hill, NJ 08062

>Attorney for Defendants/Cross Defendants Gerald J. Dugan, Esq. and Mark Cajetan Cavanaugh, Esq.

Elliott Abrutyn, Esq.
Morgan, Melhuish & Abrutyn
651 W. Mt. Pleasant Avenue
Livingston, NJ 07039-1673

>Attorney for Defendant/Cross Defendant Roy K. Lisko, Esq.

**DEBEVOISE, United States Senior District Judge**

Charles J. Manley ("Manley") brings before this Court a notice of motion for certification and permission to file an interlocutory appeal to the Court of Appeals to relieve him from an order directing him to produce his work product to opposing counsel before any defendants are deposed. For the reasons below, Manley's motion is denied with prejudice.

Upon appeal by Manley of the March 16, 2005 decision of the district court, the Court of Appeals found that the record of the district court as to whether the district court had subject matter jurisdiction over the legal malpractice claims of *Pro Se* Plaintiff, Charles J. Manley ("Manley"). The Court of Appeals remanded the action back to the district court. The parties were invited to brief the Court, and, on March 26, 2007, oral argument was heard on whether Manley established residency in the state of Virginia, thereby satisfying the requirement of

complete diversity of the parties, prior to re-filing his action with this Court.

In its March 26, 2007 Opinion, the Court found that Manley was a resident of the state of Pennsylvania, and not a resident of the state of Virginia, at the time he re-filed his Complaint. Because he was a resident of the state of Pennsylvania, the parties lacked complete diversity, and thus, the Court lack jurisdiction, *ab initio*. The Court's Order of the same date dismissed with prejudice Manley's Complaint.

It appears, however, that Manley filed the instant motion prior to receiving the March 26, 2007 Opinion and Order of the Court. Because his Complaint was dismissed *ab initio,* his motion for certification and permission to file and interlocutory appeal is moot, and it will dismissed with prejudice.

/s/ Dickinson R. Debevoise
Dickinson R. Debevoise, U.S.S.D.J.

Dated: April 24, 2007